UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KATELYN J. MASON,**

    **Plaintiff,**

v.           Case No: 6:17-cv-1504-Orl-41TBS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                         /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of a final decision of the Commissioner of Social Security denying her application for Social Security disability benefits. United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 16), in which he recommends that the Court affirm the Commissioner's final decision.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner and close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2018.



Copies furnished to:

Counsel of Record